

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00048-CV

---

Tamarra Washington, Appellant

v.

Andrew Young and Office of the Attorney General of Texas, Appellees

---

On Appeal from the 201st District Court
Travis County, Texas
Trial Court No. D-1-FM-23-003984

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.[1] *See* Tex. R. App. P. 42.3(b).

On January 21, 2026, the Clerk of this Court sent Appellant, Tamarra Washington, a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Washington that failure to pay the filing fee by January 31, 2026, could result in dismissal

---

[1] This case was transferred from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. Tex. R. App. P. 41.3.

of this appeal. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

On February 2, 2026, the District Clerk filed a Notification of Late Record stating that Washington had failed to pay or make arrangements to pay the clerk's fee for preparing the record. We again notified Washington that her appeal could be dismissed for want of prosecution if she did not provide documentation showing that the clerk's fee had been paid or arrangements had been made to pay the clerk's fee. We cautioned that failure to respond could result in the dismissal of the appeal for want of prosecution. Tex. R. App. P. 37.3(b); 42.3(b).

As of this date, Washington has not paid the filing fee or otherwise shown an excuse from payment, nor has she provided documentation showing that arrangements have been made to pay the clerk's fee for preparation of the clerk's record. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(b), (c).

MARIA SALAS MENDOZA, Chief Justice

February 24, 2026
Before Salas Mendoza, C.J., Palafox, and Soto, JJ.